UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RUBICON GLOBAL VENTURES, INC.,
an Oregon corporation; and Z MOTORS,
INC., an Oregon corporation,

       Plaintiffs,

    v.                                                                                    Civil No. 05-1809-HA

                                                                                                    DEFAULT JUDGMENT

ZONGSHEN, INC., a Florida
Corporation; CHONGQING ZONGSHEN
GROUP IMPORT/EXPORT CORP., a
foreign corporation; CHONGQING
ZONGSHEN GROUP, a foreign
corporation; and ZONGSHEN
INDUSTRIAL GROUP, a foreign
corporation,

       Defendants.

HAGGERTY, District Judge:

       An Order of Default [187] was entered against defendants Chongqing Zongshen Group Import/Export Corp., Chongqing Zonshen Group, and Zonshen Industrial Group pursuant to Federal Rule of Civil Procedure 55(a). Upon application of plaintiffs, the court now enters Default Judgment against defendants Chongqing Zongshen Group Import/Export Corporation, Chongqing Zongshen Group, and Zongshen Industrial Group pursuant to Federal Rule of Civil Procedure 55(b).

1- DEFAULT JUDGMENT

Defendants are jointly and severally indebted to plaintiffs as follows:

(1)   $486,796 for plaintiffs' lost investment;

(2)   $45,485,576 in expectation damages;

(3)   $2,931,041.40 in punitive damages;

(4)   $859 in costs;

(5)   $13,323.54 in interest, calculated at nine percent from the date the summons was returned executed until March 24, 2009, the time at which plaintiffs should have filed a proposed default judgment.

In compliance with Oregon Revised Statute 31.735, the State of Oregon is entitled to $1,758,624.84 of the punitive damages award. Plaintiffs shall notify the Oregon Department of Justice of this award.

It is hereby ORDERED and ADJUDGED that defendants Chongqing Zongshen Group Import/Export Corp., Chongqing Zongshen Group, and Zongshen Industrial Group pay plaintiffs $47,158,971.10 and the State of Oregon $1,758,624.84. Defendants shall pay interest on the total judgment at a statutory interest rate of __0.47 %__ from March 24, 2009 until the Judgment is satisfied. This case is DISMISSED with prejudice.

August 12, 2009.

        /s/ Ancer L. Haggerty
        Ancer L. Haggerty
        United States District Court